UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD DAY, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE NATIONAL INSURANCE COMPANY, INC. a Texas corporation; and DOES 1-10,<br><br>    Defendant. | CASE NO.    14-CV-3287-JAK<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>**JS-6**<br><br>[Fed. Rule Civ. Proc., Rule 41(a)(1)] |
| STATE NATIONAL INSURANCE COMPANY, INC. a Texas corporation; and;<br><br>    Counter-claimant,<br><br>    v.<br><br>DONALD DAY, an individual,<br><br>    Counter-defendant. | |

PURSUANT TO STIPULATION AND REQUEST OF THE PARTIES, IT IS ORDERED THAT this matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: February 10, 2015

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

575033

-1-

**ORDER OF DISMISSAL – CASE NO. 14-CV-3287-JAK**